**CSD 1162** [05/15/03]

Name, Address, Telephone No. & I.D. No.

**JOHN H KIM [219975]**
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
**535 Anton Blvd, 10th Floor**
**Costa Mesa, CA  92626**
**(714) 431-1050**

Order Entered on
December 05, 2005
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

WILLIAM CHRISTOPHER MILLER

Debtor(s)

BANKRUPTCY NO.: 05-12512 PB-7

DCFS TRUST

Moving Party,

RS NO: JHK-1

WILLIAM CHRISTOPHER MILLER; and
LESLIE T GLADSTONE, Trustee,

Respondent(s)

Chapter 7

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY    ☒ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Motion Docket Entry No. __7__.

//

//

//

//

DATED: December 05, 2005

Signature by the attorney constitutes a certification under Fed. [R]
relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
(Firm name)

By:  /s/ John H Kim
     JOHN H KIM, Attorney for Movant

CSD 1162

```
CSD 1162 [05/15/03] (Page 2)
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR:  William C Miller
                                                                CASE NO: 05-12512 PB-7
                                                                RS NO.:   JHK-1
```

The Motion of _____DCFS TRUST_____ ("Movant"), for relief from the automatic stay having been filed with the above-entitled court on ___November 10, 2005___, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No.___9___,(if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on ___November 10, 2005___, and

- [X] Debtor *(Name)*: WILLIAM CHRISTOPHER MILLER
- [X] Debtor's Attorney *(Name)*: JOHN C COLWELL
- [X] Trustee *(Name)*: LESLIE T GLADSTONE
- [X] United States Trustee (in Chapter 7, 11 & 12 cases), and
- [ ] Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. [ ] The following real property:

   a. Street address of the property including county and state:

   b. Legal description is [ ] attached as Exhibit B or [ ] described below:

2. [X] The following personal property as described [X] below or [ ] in Exhibit B attached:

   **2004 MERCEDES BENZ E320;  Vehicle Identification no: WDBUF65J54A513733**

   IT IS FURTHER ORDERED that *(Optional)*:

   **That the 10-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived**

CSD 1162

*Signed by Judge Peter W. Bowie December 05, 2005*